■ LYNN STOCK, Individually and as Administratrix of the Estate of DALE McGLEN, Deceased, Respondent, v DENNIS DALY, M.D., et al., Appellants. [945 NYS2d 587]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered May 3, 2011. The order, inter alia, denied the motion of defendants to preclude plaintiff from offering expert testimony and granted the cross motion of plaintiff to have the case marked off the calendar for restoration within one year.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.